IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL SNEED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIERRA DANIELLE JONES, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83918

FILED

JAN 2 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Yaeeney___
      DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus challenging a district court order denying a pre-trial petition for a writ of habeas corpus. Petitioner has not included in his appendix to this petition the district court written order denying his petition for a writ of habeas corpus. This court normally will not consider a petition for extraordinary relief in the absence of the challenged written district court order. *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a "district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order are ineffective for any purpose"); *see* NRAP 21(a)(4) (providing that it is the petitioner's obligation to provide an appendix that includes all the records that may be essential to understand the matters set forth in the petition). Accordingly, we

22-02065

ORDER the petition DENIED.[1]

_____ C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Hon. Tierra Danielle Jones, District Judge
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

_____

[1]Petitioner's motion to stay the district court proceedings is denied.